UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BARNABAS A. YOHANNES,

Plaintiff,

v.

MINNESOTA IT SERVICES ("MNIT"),

Defendant.

Case No. 21-CV-0620 (PJS/JFD)

ORDER OF DISMISSAL

Based upon the Stipulation for Dismissal filed by the parties on October 12, 2022 [ECF No. 88],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: October 12, 2022

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court